UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| CUSTOM CHASSIS PRODUCTS, LLC | ) | CASE NO. 09-32553 |
| | ) | Chapter 7 |
| Debtor | ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**

Comes now Chapter 7 Trustee Joseph D. Bradley and notifies this Court as follows:

1. That your Trustee's Final Report has been filed with this Court and final distribution to creditors has been made.

2. That pursuant to 11 U.S.C. §347(a) and Rule 3011 of the Bankruptcy Rules, your Trustee wishes to deposit with the Clerk of this Court the funds of this bankruptcy estate representing unclaimed funds issued as a check to a creditor.

3. That the name and address of the entity and the amount which it is entitled to be paid from the funds being deposited with the Clerk of the Court herewith is as follows:

| NAME | DIVIDEND PAYABLE |
|---|---|
| Maxion Structural Components USA, Inc.<br>1724 NW 82nd Avenue Doral<br>Miami, FL 33126 | $11,777.89 |

Submitted this 1st day of July, 2013.

/s/ Joseph D. Bradley, Trustee
JOSEPH D. BRADLEY, Trustee
#11742-71
105 E. Jefferson Blvd., Suite 512
South Bend, IN 46601
Telephone: (574) 234-5091
jdbjd@mindspring.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing NOTICE OF DEPOSIT OF UNCLAIMED FUNDS was served upon Maxion Structural Components USA, Inc. at 1724 NW 82nd Avenue Doral, Miami, FL 33126, by means of United States mail, proper postage prepaid, and electronically served upon Anthony R. Jost, Esq., at tjost@rbelaw.com upon the Office of the U.S. Trustee, at ustpregion10.so.ecf@usdoj.gov, this 1st day of July, 2013.

/s/ Joseph D. Bradley
JOSEPH D. BRADLEY